JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| James Rutherford,<br><br>Plaintiff,<br><br>v.<br><br>Shree Deva Sai, LLC, et al.,<br><br>Defendants. | Case No. 5:19-cv-01564-AB-SHKx<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 5, 2020 _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE